# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| Cheung Ching Tsoi, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:26-cv-00357 |
| v. | ) | |
| | ) | |
| The Partnerships and Unincorporated | ) | |
| Associations Identified on Schedule A, | ) | |
| Defendants | ) | |

**Exhibit 1 to the Complaint**

**Filed Under Seal**