**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| Cheung Ching Tsoi,<br>Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-cv-00357-JEM<br><br>Mag. Judge John E Martin |

**<u>Motion for Entry of Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery</u>**

**NOW COMES** Cheung Ching Tsoi ("Plaintiff") hereby moves this Court for entry of an *ex parte* Temporary Restraining Order against Defendants enjoining the manufacture, importation, distribution, offering for sale of infringing products, a temporary asset restraint, and expedited discovery in an action arising out of 17 U.S.C. § 501.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law, and Declaration of Cheung Ching Tsoi filed concurrently herewith.

Dated this August 12, 2026

Respectfully Submitted,

<u>/s/Adam E. Urbanczyk</u>
Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
*Counsel for Plaintiff*